UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MELISSA BUFORD,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **ST. JOHN'S COMMUNITY SERVICES, ET AL.,** | CASE NO: 17-1153-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report and Recommendation, Order of Dismissal, Order Denying Leave To Appeal In Forma Pauperis, Order Certifying Appeal Not Taken In Good Faith entered on February 2, 2018, the Court adopts the Report and the Plaintiff's Complaint is DISMISSED sua sponte for failure to state a claim.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 2/2/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk